**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                               Case No. 09-20272

FRANCIS A. SHARRAK,

      Defendant.
                                          /

**ORDER CONFIRMING DEFENDANT'S CONTINUED PRO SE STATUS AND
RESCHEDULING DEFENDANT'S SENTENCING**

On November 17, 2011, the court held a hearing to determine whether Defendant still intended to proceed *pro se* under *Faretta v. California*, 422 U.S. 806 (1975), during the sentencing phase of the above-captioned matter. After ample time to consult with his standby counsel, Margaret Raben, Defendant confirmed his desire to continue to represent himself pursuant to his Sixth Amendment rights as articulated in *Faretta*. During the hearing, the court observed, and Defendant and Ms. Raben stated, that Defendant was not suffering from any deficits in his comprehension or competence. Thus, the court accepted Defendant's confirmation of his desire to continue to represent himself, but indicated that Ms. Raben would maintain her position as Defendant's standby counsel. The court further informed the parties that the schedule for objections, motions, and trial sentencing memoranda previously established in its August 17, 2011 order would remain in place. Defendant's sentencing, however, will be rescheduled. Accordingly,

IT IS ORDERED that Defendant's sentencing hearing is RESCHEDULED for **February 9, 2012, at 2:00 p.m.** and as stated on the record, Defendant continues to proceed pro se.

    s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: November 21, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 21, 2011, by electronic and/or ordinary mail.

    s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\09-20272.SHARRAK.Faretta.Hearing.Amend.Sentence.Schedule.jrc.wpd